FILED
October 2, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GARY ECCEL, ) <br> ) <br> Defendant. ) | Case No. 2:14MJ00227-AC-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  GARY ECCEL , Case No.  2:14MJ00227-AC-1 , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of $_____

    \_\_   Unsecured Appearance Bond

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond with Surety

    \_\_   Corporate Surety Bail Bond

    ✔   (Other)        Pretrial conditions as stated on the calendar

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".  *Release delayed until 10/14/14 - 9:00 to Pretrial Officer*

Issued at  Sacramento, CA  on  October 2, 2014  at  2:00 pm .

By   /s/ Allison Claire/s/ Allison Claire
     Allison Claire
     United States Magistrate Judge

Copy 2 - Court