HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
GARY ECCEL

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY ECCEL,<br><br>Defendant. | Case No.  2:14-CR-00279 MCE<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET FOR A CHANGE OF PLEA HEARING, AND EXCLUDE TIME<br><br>Date: March 12, 2015<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through, Assistant United States Attorney Jill Thomas, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Gary Eccel, that the status conference scheduled for March 12, 2015 be vacated and set for a change of plea hearing on April 23, 2015 at 9:00 a.m.

The continuance is requested to allow time for preparation of a plea agreement. The additional time will also be used to review discovery with the defendant in preparation for a change of plea.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 23, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1

2     DATED: March 10, 2015                    Respectfully submitted,
                                               HEATHER E. WILLIAMS
3                                              Federal Defender

4                                              /s/ Douglas Beevers
                                               DOUGLAS J. BEEVERS
5                                              Assistant Federal Defender
                                               Attorney for Clarence Redoble
6

7     DATED: March 10, 2015                    BENJAMIN B. WAGNER
                                               United States Attorney
8
                                               /s/ Douglas Beevers for
9                                              JILL THOMAS
                                               Assistant U.S. Attorney
10                                             Attorney for Plaintiff

11

12                                    ORDER

13          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

14    stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

15    its order. The Court specifically finds the failure to grant a continuance in this case would deny

16    counsel reasonable time necessary for effective preparation, taking into account the exercise of

17    due diligence.  The Court finds the ends of justice are served by granting the requested

18    continuance and outweigh the best interests of the public and defendant in a speedy trial.

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court orders the time from the date the parties stipulated, up to and including April 23, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the March 12, 2015 status conference shall be vacated and set as a change of plea hearing on April 23, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 12, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Stipulation and Order to Continue Status Conference*